## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| Tyrone Reyna, <br><br>       Plaintiff, <br><br>    v. <br><br> City of Chicago, *et al.*, <br><br>       Defendants. | No. 24-cv-10815 |
| Miguel Morales, <br><br>       Plaintiff, <br><br>    v. <br><br> City of Chicago, *et al.*, <br><br>       Defendants. | No. 24-cv-11049 |
| Nick Escamilla, <br><br>       Plaintiff, <br><br>    v. <br><br> John Halloran, *et al.*, <br><br>       Defendants. | No. 24-cv-11090 |

### AGREED DISCOVERY SCHEDULE

Pursuant to this Court's April 1, 2025 order (Dkt. 72), the parties to *Tyrone Reyna v. City of Chicago, et al.*, No. 24-cv-10815 (N.D. Ill.), *Miguel Morales v. City of Chicago, et al.*, No. 24-cv-11049 (N.D. Ill.), and *Nick Escamilla v. City of Chicago, et al.*, No. 24-cv-11090 (N.D. Ill.), submit the agreed discovery schedule as follows.

1. **Timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made:**

    a.  Rule 26(a)(1) disclosures due: 4/21/25

    b.  All fact discovery cutoff (including fact depositions): 4/21/26

    c.  Plaintiffs' Rule 26(a)(2) disclosures due: 5/21/26.

    d.  Defendants Rule 26(a)(2) disclosures due 7/21/26.

    e.  Plaintiffs' rebuttal Rule 26(a)(2) disclosures, if any, due 9/21/26.

    f.  All expert depositions to be completed by 11/20/26.


Respectfully Submitted,

| | |
|---|---|
| *For Plaintiff Miguel Morales* | *For Defendant Officers John Halloran, Kenneth Boudreau, James O'Brien, Gerald Carroll, Bernard Ryan, Ellen Weiss, A. Gordon, and J. Redmond:* |
| /s/ Elizabeth Mazur | |
| | /s/ Patrick R. Moran |
| Elizabeth Mazur | |
| Hughes Socol Piers Resnick & Dym, Ltd. | Eileen E. Rosen |
| 70 W. Madison St., Suite 4000 | Patrick R. Moran |
| Chicago, IL 60602 | Stacy A. Benjamin |
| (312) 580-0100 | Andrew J. Grill |
| emazur@hsplegal.com | Brittany D. Johnson-Delgado |
| | Rock, Fusco & Connelly, LLC |
| Jon Loevy | 333 W Wacker, 19th Floor |
| Gayle Horn | Chicago, IL 60606 |
| Loevy & Loevy | T: (312) 494-1000 |
| 311 N. Aberdeen | erosen@rfclaw.com |
| (312) 243-5900 | pmoran@rfclaw.com |
| Chicago, Illinois 60607 | sbenjamin@rfclaw.com |
| gayle@loevy.com | agrill@rfclaw.com |
| jon@loevy.com | bjohnson@rfclaw.com |

**For Plaintiff Nick Escamilla**

/s/ Ashley Cohen

Jennifer Bonjean
Ashley Cohen
Gabriella Orozco
Bonjean Law Group
303 Van Brunt Street
1st Floor
Brooklyn, NY 11231
Tel: (718) 875-1850
Jennifer@bonjeanlaw.com
Ashley@bonjeanlaw.com
gabriella@bonjeanlaw.com

**For Plaintiff Tyrone Reyna**

/s/ Steven A. Greenberg

Steven A. Greenberg
Greenberg Trial Lawyers
53 West Jackson Blvd., Suite 315
Chicago, IL 60604
Tel: (312) 879-9500
steve@greenbergcd.com

**For Defendant City of Chicago**

/s/ Jeffrey C. Grossich

James G. Sotos
Lisa M. Meador
Jeffrey C. Grossich
Andrew X. Leuchtmann
Olivia T. Raimondi
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
T: (630) 735-3300
jsotos@jsotoslaw.com
lmeador@jsotoslaw.com
jgrossich@jsotoslaw.com
aleuchtmann@jsotoslaw.com
oraimondi@jsotoslaw.com

**For Defendants Armbrust, Sabin, and Bieder**

/s/ Kevin C. Kirk

William B. Oberts
Kevin C. Kirk
Oberts Galasso Law Group
161 N. Clark St., Suite 1600
Chicago, IL 60601
Tel: (312) 741-1024
kckirk@obertsgalasso.com
wboberts@obertsgalasso.com

**For Defendant Cook County**

/s/ Kelli Huntsman

Miguel E. Larios
Kelli Huntsman
Cook County State's Attorney's Office
50 West Washington St., 5th Floor
Chicago, IL 60602
Tel: (312) 603-5527
miguel.larios@cookcountysao.org
kelli.huntsman@cookcountysao.org

**CERTIFICATE OF SERVICE**

I, Elizabeth Mazur, an attorney, certify that I served a copy of this pleading on all counsel of record by filing with the CM/ECF system.

/s/Elizabeth Mazur