Miguel Morales
                        Plaintiff,

v.                                                            Case No.: 1:24−cv−11049
                                                                 Honorable Jeremy C. Daniel

City of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: The Court adopts the parties' agreed discovery schedule. The Court notes that the agreed discovery schedule allows ample time for fact discovery and cautions the parties to remain diligent because the Court will not extend fact discovery absent extenuating circumstances and a showing that the parties have made productive use of the twelve months scheduled for fact discovery. Rule 26(a)(1) disclosures due: 4/21/25; All fact discovery cutoff (including fact depositions): 4/21/26; Plaintiffs' Rule 26(a)(2) disclosures due: 5/21/26; Defendants Rule 26(a)(2) disclosures due 7/21/26; Plaintiffs' rebuttal Rule 26(a)(2) disclosures, if any, due 9/21/26; All expert depositions to be completed by 11/20/26. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.