# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Miguel Morales
                         Plaintiff,

v.                                               Case No.: 1:24−cv−11049
                                                         Honorable Jeremy C. Daniel

City of Chicago, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Motion to enforce Rule 45 Subpoena [53] is granted. Motion for protective order [56] is granted. The deadline to produce documents responsive to the subpoena is July 3, 2025. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.