UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MORALES, MIGUEL,<br>        **Plaintiff,**<br><br>v.<br><br>CITY OF CHICAGO, *ET AL.*,<br>        **Defendants.** | **Case No.: 2024 CV 11049** |
| REYNA, TYRONE<br>        **Plaintiff**<br><br>v.<br><br>CITY OF CHICAGO, *ET AL.*,<br>        **Defendants.** | Case No.: 2024-cv-10815 |
| ESCAMILLA, NICK<br>        **Plaintiff,**<br><br>v.<br><br>HALLORAN, JOHN, *ET AL.*,<br>        **Defendants.** | Case No.: 2024-cv-11090 |

**AGREED ORDER INCORPORATING COOK COUNTY STATE'S ATTORNEY'S OFFICE'S RECORDS INTO CONFIDENTIALITY PROTECTIVE ORDER [24-CV-11049]**

Pursuant to agreement of the parties and the Cook County State's Attorney's Office] ("CCSAO"), the court has determined that one or more of the parties have served the CCSAO with

1

a subpoena for its records and the terms set forth herein are appropriate to protect the respective interests of the parties, the public, the CCSAO, and the Court.

Accordingly, it is ORDERED:

1. The following types of documents and information are designated as confidential information and specifically covered by the protective order entered on May 30, 2025 (24-CV-11049) and shall be produced unredacted:

    a. Employment, disciplinary, or other information that is of a sensitive nature or non-public nature regarding employees of the CCSAO. Such information includes, but is not limited to, private information in personnel files, such as employment applications, performance evaluations, tax forms, requests for medical leave and the like; except personal and family information of police officers and state's attorneys, including residential information

    b. LEADS Reports and other criminal history reports;

    c. Pre-sentence Investigation Reports

    d. Line Up Photos

    e. Personal identifying information, *except* social security numbers and dates of birth may be redacted. Additionally, CCSAO current and former employees', and/or police officers', personal addresses, email addresses, and phone numbers of, and anything covered by the juvenile court act may be redacted.

2. The above documents and information are intended to supplement the protective order entered May 30, 2025 (24-cv-11049) and are in addition to anything that would otherwise be covered by said order.

3. Mental Health Records and Medical Records can be tendered subject to entry of separate orders which comply with Mental Health and Developmental Disabilities Confidentiality Act 740 ILCS 110/10 and the Health Insurance Portability and Accountability Act, 42 USC 1320d-6 and covers the person(s) whose records are sought. Said orders shall be entered before production of any mental health or other medical records takes place.

4. CCSAO shall designate all aforementioned records as confidential in a manner consistent with the protective order entered May 30, 2025 (24-CV-11049). Inadvertent failure to so mark the records does not waive the confidentiality of such records.

5. Other terms of the protective order entered May 30, 2025 (24-CV-11049) which do not conflict with this order are incorporated herein.

So Ordered.

Dated: June 26, 2025

_____
United States District Judge